IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRY JAY MEYERS,

    Plaintiff,                No. CIV S- 03-0241 LKK GGH P

    vs.

SHERIFF JIM POPE, et al.,

    Defendants.         ORDER

/

        Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983. Defendants seek modification of this court's scheduling order, filed on March 11, 2005, for the purpose of being allowed to depose plaintiff. See, defendants' Ex Parte Request, filed on June 6, 2005. The discovery deadline is June 10, 2005; however, although defendants aver that plaintiff was properly noticed for a deposition set to take place on June 3, 2005, Atascadero State Hospital has been under a flu quarantine since May 20, 2005, foreclosing defendants' ability to take plaintiff's deposition, and the quarantine may extend beyond the current discovery cut-off. Grandaw Declaration, ¶¶ 4-6.

        Defendants having made a sufficient showing that their inability to depose plaintiff within the current deadline did not occur due to any act or omission on their part, but was wholly due to circumstances beyond their control, the court will vacate the June 10, 2005

deadline and extend discovery for the purpose of the taking of plaintiff's deposition by defendants, until August 10, 2005.

Although defendants warrant that they can meet all other deadlines, the court will also extend the deadline for the filing of pretrial motions from July 22, 2005 until September 10, 2005, so that defendants would be permitted use of plaintiff's deposition should they contemplate filing any dispositive pretrial motion. All other deadlines in the scheduling order remain in effect at this time.

Accordingly, IT IS ORDERED that:

1. Defendants' June 6, 2005 ex parte motion to modify the discovery deadline in the March 11, 2005 scheduling order is granted;

2. The current June 10, 2005 discovery cutoff date is vacated, and the discovery deadline, for the purpose of the taking of plaintiff's deposition by defendants, is extended to August 10, 2005;

3. The current pretrial motion deadline is extended from July 22, 2005 to September 10, 2005; and

4. All other deadlines in the scheduling order, filed on March 11, 2005, remain in effect.

DATED: 6/10/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
meye0241.mdf