IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRY JAY MEYERS,

    Plaintiff,                    No. CIV S- 03-0241 LKK GGH P

    vs.

SHERIFF JIM POPE, et al.,

    Defendants.           <u>ORDER</u>

_____/

        Plaintiff has requested an extension of time to file an opposition to the defendants' September 9, 2005 motion for summary judgment. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's October 5, 2005 request for an extension of time is granted; and

        2. Plaintiff shall file and serve an opposition to the defendants' September 9, 2005 motion for summary judgment on or before October 31, 2005. Defendants' reply, if any, shall be filed seven days thereafter.

DATED: 10/12/05

                                              /s/ Gregory G. Hollows

                                              GREGORY G. HOLLOWS
                                              UNITED STATES MAGISTRATE JUDGE

GGH:bb;meye0241.36