IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRY JAY MEYERS,

    Plaintiff,                       No. CIV S-03-0241 LKK GGH P

    vs.

SHERIFF JIM POPE, et al.,

    Defendants.                ORDER

_____/

        Plaintiff has once again requested the appointment of counsel. However, this court has previously informed plaintiff that it had no alternative but to find that voluntary counsel could not be obtained for plaintiff because the King Hall Civil Rights Clinic had failed to respond to this court's orders referring the case file for their review and determination as to whether they could serve as counsel. See Order, filed on September 20, 2005. Plaintiff's subsequent request for the appointment of counsel must therefore be denied.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's February 21, 2006 motion for the appointment of counsel must be denied.

DATED: 3/3/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:bb/009meye0241.31t