IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRY JAY MEYERS,

    Plaintiff,                    No. CIV S-03-0241 LKK GGH P

    vs.

SHERIFF JIM POPE, et al.,

    Defendants.             ORDER

_____/

        Plaintiff, a civil detainee, proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On July 6, 2006, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. On July 27, 2006, the plaintiff was granted, an extension of time in which to file his objections. Plaintiff has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire

/////

1

1 file, the court finds the findings and recommendations to be supported by the record and by
2 proper analysis.

3         Accordingly, IT IS HEREBY ORDERED that:

4     1. The findings and recommendations filed July 6, 2006, are adopted in full;

5     2. Defendants' September 9, 2005, motion for summary judgment is granted:

6         a.) Granted as to plaintiff's inapposite Fifth Amendment claims for
7 violations of the Double Jeopardy and Ex Post Facto Clauses;

8         b.) Granted with respect to any claims made pursuant to the First, Sixth
9 and Eighth Amendments;

10         c.) Granted as to plaintiff's claims of violations of his rights under the
11 substantive due process clause under the Fourteenth Amendment;

12         d.) Granted on the basis of qualified immunity; and

13     3. Judgment is to be entered for defendants.

14 DATED: September 29, 2006.

```
                    LAWRENCE K. KARLTON
                    SENIOR JUDGE
                    UNITED STATES DISTRICT COURT
```