IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRY JAY MEYERS,

      Plaintiff,               No. CIV S-03-0241 LKK GGH P

    vs.

SHERIFF JIM POPE, et al.,

                                ORDER

      Defendants.

                                /

       Following entry of judgment for defendants on September 29, 2006, in this civil rights action brought pursuant to 42 U.S.C. § 1983, plaintiff, a civil detainee proceeding pro se, appealed.  By an Order from a Ninth Circuit panel, filed in this court's case docket on December 16, 2008 (# 79), both the September 2006 Order, granting summary judgment to, and entering judgment for, the defendants, as well as the September 2004 order, granting defendants' motion to dismiss plaintiff's equal protection claims, have been vacated, and this matter remanded.  See Docket Entry # 79, pp. 2-3.  In addition, finding the "complexity of this case" to warrant it, the Ninth Circuit has "instruct[ed]" this court to appoint counsel for plaintiff.  Id., at 3, 6.  Therefore, this court will refer this case to the civil rights panel in this district for their determination as to whether or not they can seek to be substituted in as counsel for plaintiff.

\\\\\

    Accordingly, IT IS HEREBY ORDERED that:

    1. The Clerk of the Court is directed to provide access to the contents of the file to the University of California, King Hall Civil Rights Clinic.

    2. The Civil Rights Clinic shall inform the court of their decision of whether or not they seek to be substituted in as counsel for plaintiff at their earliest convenience; should the clinic elect to proceed as plaintiff's counsel, a notice of substitution of counsel should be filed within thirty days.

    3. Whether or not the clinic will seek to proceed as counsel, the court requests that the period of time to review the file and inform the court as to their decision not exceed thirty days from the filing date of this order.

DATED:   December 17, 2008

                /s/ Gregory G. Hollows

                GREGORY G. HOLLOWS
                UNITED STATES MAGISTRATE JUDGE

GGH:009
meye0241.rmd