IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRY JAY MEYERS,

        Plaintiff,                    No. CIV S-03-0241 LKK GGH P

   vs.

SHERIFF JIM POPE, et al.,
                                       ORDER
        Defendants.
                                       /

        In remanding this civil rights action, the Ninth Circuit directed this court to appoint counsel for plaintiff. By Order, filed on March 12, 2009, this court denied, without prejudice, plaintiff's appellate counsel's motion to withdraw as counsel of record for plaintiff. Court staff has since been able to locate pro bono counsel willing to substitute in for current counsel. Therefore, the undersigned will now appoint Kelly Theodore Smith of The Smith Law Firm as counsel for plaintiff and he will be substituted in as plaintiff's counsel of record, and this matter will be re-set for a status conference in light of the substitution of counsel.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Kelly Theodore Smith of The Smith Law Firm is hereby appointed as pro bono counsel for plaintiff in this action and is substituted in as counsel of record for plaintiff in place of Scott H. Frewing of Baker & McKenzie LLP;

1

2. Mr. Smith is appointed pursuant to the Ninth Circuit's mandate and General Order No. 230;

         3. Counsel shall submit all deposition transcript costs for payment pursuant to § 8030.6 of the California Business and Professions Code.  All other contemplated costs shall be handled as described in General Order No. 230;

         4. Counsel for plaintiff and for defendants are to set this matter on the court's calendar for a status conference to be held within 60 days, in coordination with this court's courtroom deputy, Valerie Callen, at (916) 930-4199;

         5. In addition to defendants' counsel and Mr. Frewing, the Clerk shall electronically serve a copy of this order on Kelly Theodore Smith at ktsmith@thesmithfirm.com.

DATED: March 20, 2009

                                                /s/ Gregory G. Hollows

                                        GREGORY G. HOLLOWS
                                        UNITED STATES MAGISTRATE JUDGE

GGH:009
meye0241.app