IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRY JAY MEYERS,

        Plaintiff,                     No. CIV S-03-0241 LKK GGH P

    vs.

SHERIFF JIM POPE, et al.,
                                              ORDER
        Defendants.
                                          /

        This matter came on for a status conference on May 14, 2009. Kelly Smith appeared in person on behalf of plaintiff; defendants Shasta County, et al., were represented at the conference telephonically by Gary Brickwood. The parties' counsel have agreed to a settlement conference and would have availability for such a conference in June of 2009, late August of 2009, or immediately thereafter. Following the status conference, the court makes the following ORDERS:

        1. This matter is to be set for a settlement conference before a Magistrate Judge other than the undersigned;

        2. The Clerk of the Court is directed to randomly assign another Magistrate Judge for purposes of holding a settlement conference in this case; and

\\\\\

1

3. Discovery, or the question of re-opened discovery, in this remanded case is stayed, pending the outcome of the settlement conference.

DATED: May 18, 2009

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH:009
meye0241.stc