IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRY JAY MEYERS,

       Plaintiff,                    No. CIV S-03-0241 LKK GGH P

       vs.

SHERIFF JIM POPE, et al.,              <u>ORDER</u>

       Defendants.

_____/

      Pursuant to stipulation of the parties, this case was set for a Settlement Conference before the undersigned on August 20, 2009. On August 17, 2009, counsel for plaintiff filed a request to vacate the settlement conference representing that plaintiff is unwilling to be transported to the courthouse to participate in the settlement negotiations and that counsel will be filing a motion to withdraw as counsel.

      Accordingly, the court hereby ORDERS that:

      1. The Settlement Conference, currently set for August 20, 2009, is vacated;

      2. The writ of habeas corpus ad testificandum issued on August 4, 2009, to provide for plaintiff's presence at the settlement conference is vacated; and

////

////

1

1    3. The Clerk is directed to fax a courtesy copy of this order to the Warden at Coalinga
2 State Hospital.
3 DATED: August 17, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2