1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10   TERRY JAY MEYERS,

11              Plaintiff,                    No. CIV S-03-0241 LKK GGH P

12        vs.

13

14   SHERIFF JIM POPE, et al.,                ORDER

                Defendants.

15   _____/

16          Counsel for plaintiff's motion to withdraw came on for hearing on September 17,

17   2009.  Kelly Smith, plaintiff's counsel, appeared at the hearing.  Defendants' counsel, who had

18   filed a statement of non-opposition to the motion elected not to appear, having been granted

19   permission not to appear if counsel so chose.  See Order, filed on August 27, 2009 (docket #

20   103).  This court had previously rejected the stipulation signed by plaintiff and his counsel in

21   support of the motion because it was evident that the presumption was that new counsel would

22   and could be easily appointed without much consideration given to the extraordinary burden

23   placed on this court in once again seeking counsel for plaintiff in this complicated, six-year-old

24   civil litigation.  The court was, and remains, dismayed that the recently scheduled settlement

25   conference had to be vacated, apparently due to plaintiff's unwillingness to be transported to

26   Sacramento.

                                                1

1    Plaintiff, in his letter/memorandum directed to the Ninth Circuit but also filed in

2  this court (and stamped by the Court Clerk as filed on September 2, 2009 (docket # 104)),[1]

3  mistakenly assumes that following this court's reference of this case to the King Hall Civil

4  Rights Clinic that the clinic referred the case to his present counsel.  However, it was the district

5  court which was tasked with locating and appointing Mr. Smith from a limited list of prospective

6  pro bono counsel for prisoner (or civil detainees') civil rights actions for this district.  Any newly

7  appointed counsel is likely at a minimum to be required to travel several times to Coalinga,

8  where plaintiff is apparently currently housed, as well as to Shasta County, where the defendants

9  are located.  New counsel, even if such counsel can be located, is likely to need a significant

10  amount of time to familiarize himself or herself with this case and may seek basically to re-start

11  this rapidly aging case.

12    Nevertheless, after hearing plaintiff's counsel and also considering plaintiff pro

13  se's filing, the court will grant the motion to withdraw.  The court will seek to find replacement

14  counsel; however, at this time, plaintiff will be required to proceed pro se, and will be required to

15  conform to the deadlines set forth in the <u>Order</u>, filed on August 21, 2009 (docket # 100).

16    Accordingly, IT IS ORDERED that:

17    1.  Plaintiff's counsel's motion to withdraw as counsel, filed on August 24, 2009

18  (docket # 101), is granted;

19    2.  Plaintiff must proceed pro se until such time as new counsel can, if possible, be

20  located and substituted in;

21  \\\\\

22  \\\\\

23  \\\\\

24  \\\\\

25

26    [1]  The document is dated August 28, 2009, on the face page, although plaintiff confusingly indicates that he served it, the day before, on August 27, 2009.

3.  The parties are cautioned that the August 21, 2009, <u>Order</u> (docket # 100), setting a new deadline of January 15, 2010, for re-opened discovery, and a June 14, 2010, dispositive motion deadline remains in effect at this time;

4.  In addition to counsel for both parties, this order is to be served upon plaintiff pro se at the mailing address plaintiff included in his letter at docket # 104, i.e.,: Terry J. Meyers, CO# 00064-6 / P.O. Box 5003 / Unit 7 / Coalinga, California 93210-5003; and

5.  The Clerk of the Court is to note in the docket of this case that plaintiff now proceeds pro se.

DATED: September 21, 2009                    /s/ Gregory G. Hollows

                                             UNITED STATES MAGISTRATE JUDGE

GGH:009
meye0241.ord2