## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TERRY JAY MEYERS,** | No. 2:03-CV-00241-AK |
| Plaintiff, | |
| v. | **ORDER** |
| **JIM POPE, et al.**, | |
| Defendants. | |

**IT IS ORDERED** that:

1. This case is referred to Joe Ramsey to conduct a mediation on Monday, August 9, 2010, at 9:00 a.m. in Courtroom #1, at the U.S. District Court, 501 I Street, Sacramento, CA 95814.

2. Plaintiff shall personally attend, via video conference, from his current place of detention. A separate order and writ of habeas corpus ad testificandum will issue with this order.

3. Defendants' lead counsel and a person with full and unlimited authority to negotiate and enter into a binding settlement on defendants' behalf shall attend in person. The individuals present must have "unfettered discretion and authority" to explore all settlement options, to agree at that time to any terms acceptable to the

parties and to change the party's settlement position.  <u>Pitman</u> v. <u>Brinker Int'l, Inc.</u>, 216 F.R.D. 481, 485–86 (D. Ariz. 2003) (internal quotation mark omitted).

    4.  Those in attendance must be prepared to discuss the claims, defenses and damages in good faith.  The failure of any counsel, party or authorized person subject to this order to appear may result in sanctions.  Sanctions will include, but will not be limited to, the attorney fees and travel costs of the other parties and/or the mediator.  In addition, the conference will not proceed and will be reset to another date.

    5.  The parties are directed to provide confidential settlement conference statements to Sujean Park, 501 I Street, Suite 4-200, Sacramento, California 95814, or via email at spark@caed.uscourts.gov, so that they arrive no later than July 30, 2010.  The statements shall set forth a <u>brief</u> description of the case, their respective positions as to the active claims/defenses and a settlement demand/response.  The statements shall not exceed five (5) pages in length and shall not include exhibits or attachments.

July 8, 2010

              _/s/ Alex Kozinski_____
              **ALEX KOZINSKI**
              Chief Circuit Judge
              Sitting by designation