# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TERRY JAY MEYERS,**<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>**JIM POPE, et al.**,<br><br>　　　　　　　　　　Defendants. | No. 2:03-CV-00241-AK<br><br><br>**ORDER** |

Because Plaintiff hasn't shown that Defendants' representative wasn't authorized to negotiate at the settlement conference, his request for sanctions is denied.

August 27, 2010

　　　　　　　　　　　　　　　　/s/ Alex Kozinski
　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　**ALEX KOZINSKI**
　　　　　　　　　　　　　　　　Chief Circuit Judge
　　　　　　　　　　　　　　　　Sitting by designation