# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TERRY JAY MEYERS,** | No. 2:03-CV-00241-AK |
| Plaintiff, | **ORDER** |
| v. | |
| **JIM POPE, et al.,** | |
| Defendants. | |

Plaintiff is a civil detainee proceeding in an action under 42 U.S.C. § 1983. This case will be referred to Joe Ramsey to conduct a mediation on October 27, 2011, at 1:00 p.m. Plaintiff will be required to appear by video-conference from his current place of detention. A separate order and writ of habeas corpus ad testificandum will issue with this order. Another order will be issued, appointing counsel for the limited purpose of preparing for and attending the video-conference mediation session.

In accordance with the above, IT IS HEREBY ORDERED that:

1. This case is set for mediation before Joe Ramsey, Esq. on Thursday, October 27, 2011, at 1:00 p.m. in Courtroom # 27, at the U.S. District Court, 501 I Street, Sacramento, CA, 95814.

2. Plaintiff shall attend via video-conference.

3. Defendants' lead counsel and a person with full and unlimited authority to negotiate and enter into a binding settlement on defendants' behalf shall attend in person. The individuals present must have "unfettered discretion and authority" to explore all settlement options, to agree at that time to any terms acceptable to the parties and to change the party's settlement position. Pitman v. Brinker Int'l, Inc., 216 F.R.D. 481, 486 (D. Ariz. 2003) (internal quotation marks omitted).

4. Those in attendance must be prepared to discuss the claims, defenses and damages in good faith. If any counsel, party or authorized person subject to this order fails to appear, it may result in the imposition of sanctions. Sanctions will include, but will not be limited to, the attorney fees and travel costs of the other parties and/or the mediator. In addition, the conference will not proceed and will be reset to another date.

DATED: September 14, 2011

_____

**ALEX KOZINSKI**
Chief Circuit Judge
Sitting by designation