# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

**TERRY JAY MEYERS,**

        Plaintiff,

  v.

**JIM POPE, et al.,**

        Defendants.

_____ /

No. 2:03-CV-00241-AK

**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

Terry Jay Meyers, civil detainee # CO-000064-6, a necessary and material witness in a mediation in this case on October 27, 2011, is confined to Coalinga State Hospital, 24511 West Jayne Avenue, Coalinga, California, 93210, in the custody of the Director; in order to secure this detainee's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the detainee before Joe Ramsey, Esq., by video-conference from Coalinga State Hospital, to the U.S. District Court, 501 I Street, Sacramento, California, 95814, Courtroom # 27 on Thursday, October 27, 2011, at 1:00 p.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum, under the seal of this court, commanding the Director to produce the detainee named above, by video-conference from Coalinga State Hospital, to participate in a mediation session at the time and place above, until completion of the mediation.

2. The custodian is ordered to notify the court of any change in custody of this detainee and is ordered to provide the new custodian with a copy of this writ.

      3.  The Clerk of Court is directed to serve a copy of this Order and Writ of Habeas Corpus ad Testificandum on the Litigation Coordinator at Coalinga State Hospital via fax at (559) 935-4308.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Director, Coalinga State Hospital, P.O. Box 5000, Coalinga, California, 93210:**

      **WE COMMAND** you to produce the detainee named above to testify, by video-conference, before Joe Ramsey, at the time and place stated above, until completion of the mediation.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the detainee and have been ordered to provide the new custodian with a copy of this writ.

DATED: September 14, 2011.

_____
**ALEX KOZINSKI**
Chief Circuit Judge
Sitting by designation