# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**TERRY JAY MEYERS**,                               No. 2:03-CV-00241-AK

              Plaintiff,

   v.                               **ORDER APPOINTING LIMITED**
                                **PURPOSE PRO BONO COUNSEL**

**JIM POPE, et al.**,

              Defendants.

_____/

Terry Jay Meyers is a civil detainee proceeding pro se and in forma pauperis in an action under 42 U.S.C. § 1983.  The court finds that appointment of counsel for Meyers is warranted for the limited purpose of assisting him with preparing for and participating in the mediation scheduled for October 27, 2011 at 1:00 p.m. The court has located pro bono counsel willing to represent Meyers for the limited purpose of assisting with the mediation/settlement negotiations.

ACCORDINGLY, IT IS ORDERED that:

1.  Joann L. Pheasant is appointed limited purpose counsel in the above entitled matter.  This appointment is for the limited purpose of assisting plaintiff with the mediation on October 27, 2011, and will terminate thirty days after completion of the mediation, or any continuation of the mediation.

2.  Joann L. Pheasant shall notify Sujean Park at (916) 930-4278 or via email at spark@caed.uscourts.gov if she has any questions related to the appointment.

1

2

3        3.  The Clerk of the Court is directed to serve a copy of this order upon

4    Joann L. Pheasant, Law Offices of Joann L. Pheasant, 6728 Gloria Drive,

5    Sacramento, California 95831.

6

7    DATED: October 17, 2011.

8

9

10

11

12                                        _____

13                                        **ALEX KOZINSKI**
                                          Chief Circuit Judge
14                                        Sitting by designation

15

16

17

18

19

20

21

22

23

24

25