UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TERRY JAY MEYERS,** | No. 2:03-CV-00241-AK |
| Plaintiff, | |
| v. | **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |
| **JIM POPE, et al.,** | |
| Defendants. | |

Terry Jay Meyers, civil detainee # CO-000064-6, a necessary and material witness in proceedings in this case on October 10, 2013, is confined to Coalinga State Hospital, 24511 West Jayne Avenue, Coalinga, California, 93210, in the custody of the Director; in order to secure this detainee's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the detainee before Magistrate Judge Edmund F. Brennan, by video-conference from Coalinga State Hopsital, to the U. S. District Court, 501 I Street, Sacramento, California 95814, Courtroom #8 on Thursday, October 10, 2013 at 10:00 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Director to produce the detainee named above to participate by video in a settlement conference at the time and place above, until completion of the settlement conference.

2. The custodian is ordered to notify the court of any change in custody of this detainee and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk of the Court is directed to serve a copy of this Order and Writ of

Habeas Corpus ad Testificandum on the Litigation Coordinator at Coalinga State Hospital via fax at (559) 935-4308.

# WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Director, Coalinga State Hospital, P. O. Box 5000, Coalinga, California, 93210:**

**WE COMMAND** you to produce the detainee named above to testify via video before Judge Brennan at the time and place above, until completion of the settlement conference.

**FURTHER**, you have been ordered to notify the court of any change in custody of the detainee and have been ordered to provide the new custodian with a copy of this writ.

DATED: August 20, 2013

/s/ Alex Kozinski
_____

**ALEX KOZINSKI**
Chief Circuit Judge
Sitting by designation