UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRY JAY MEYERS,

               Plaintiff,

    v.

JIM POPE, et al.,

               Defendant.

No.  2:03-cv-00241-AK

ORDER RE SETTLEMENT & DISPOSITION

      Pursuant to the representations of counsel for the parties at a settlement conference conducted in Chambers on November 7, 2013 the court has determined that the above-captioned case has settled.  The court commends Magistrate Judge Brennan and the parties for their diligent work in reaching a negotiated end to this litigation.

      The court now orders that dispositional documents are to be filed not later than fifteen days from the date of this order.

      All hearing dates set in this matter are VACATED.

      FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO CONTRIBUTED TO THE VIOLATION OF THIS ORDER.

      IT IS SO ORDERED.

DATED:  November 13, 2013

_____
CHIEF JUDGE ALEX KOZINSKI
NINTH CIRCUIT COURT OF APPEALS
(SITTING BY DESIGNATION)