UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRY JAY MEYERS,

    Plaintiff,

v.

JIM POPE, et al.,

    Defendant.

No. 2:03-cv-00241-AK

ORDER

Defendant Shasta County's request for a 30-day extension of the time to file the joint request for dismissal is hereby GRANTED. The joint request is now due on January 2, 2014.

IT IS SO ORDERED.

DATED: December 3, 2013

_____
CHIEF JUDGE ALEX KOZINSKI
NINTH CIRCUIT COURT OF APPEALS
(SITTING BY DESIGNATION)