UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY JAY MEYERS,<br><br>    Plaintiff,<br><br>v.<br><br>JIM POPE, et al.,<br><br>    Defendant. | No. 2:03-cv-00241-AK<br><br><br>ORDER |

    Defendant Shasta County's request for a 30-day extension of the time to file the joint request for dismissal is hereby GRANTED. The joint request is now due on January 2, 2014.

    IT IS SO ORDERED.

DATED: December 3, 2013

_____
CHIEF JUDGE ALEX KOZINSKI
NINTH CIRCUIT COURT OF APPEALS
(SITTING BY DESIGNATION)