UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY JAY MEYERS, | No. 2:03-cv-00241-AK |
| Plaintiff, | |
| v. | ORDER |
| JIM POPE, et al., | |
| Defendant. | |

Defendant Shasta County's request for an extension of the time to file the joint request for dismissal is hereby GRANTED. The joint request is now due by February 3, 2014.

If Plaintiff's counsel fails to file dispositional documents as ordered or to provide the Court with a reason for not doing so before February 3, 2014, the Court will on that date issue an order to show cause why counsel should not be sanctioned.

IT IS SO ORDERED.

DATED: January 2, 2014

CHIEF JUDGE ALEX KOZINSKI
NINTH CIRCUIT COURT OF APPEALS
(SITTING BY DESIGNATION)